UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,

      Plaintiff,

v.                                                         Civil Action No. 3:09cv00529

AIG UNITED GUARANTY CORPORATION
a/k/a UNITED GUARANTY CORPORATION, et al.,

      Defendants.

## SUNTRUST MORTGAGE, INC.'S CONTINGENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, SunTrust Mortgage, Inc. ("SunTrust"), by counsel, pursuant to Federal Rule of Civil Procedure 15 and Local Rule 7, and moves the Court for leave to file an Amended Complaint in the event that the Court grants the Motion to Dismiss of Defendants in any respect. The grounds for this Motion are set forth in SunTrust's Brief in Support filed herewith.

WHEREFORE, SunTrust requests the Court grant its Motion for leave to amend its Complaint in the event the Court orders dismissal of any of the Counts in its Complaint, enter an appropriate Order allowing such leave, and provide such further relief as may be just and appropriate.

US_ACTIVE-102379633.1

Respectfully submitted,

SUNTRUST MORTGAGE, INC.

By Counsel

/s/ S. Miles Dumville
S. Miles Dumville (VSB No. 15748)
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410
mdumville@reedsmith.com
cmanchester@reedsmith.com
tsabalewski@reedsmith.com
    Counsel for SunTrust Mortgage, Inc.

R. Mark Keenan
Joshua Gold
Mark Garbowski
Anderson. Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
mkeenan@andersonkill.com
jgold@andersonkill.com
mgarbowski@andersonkill.com
    Of Counsel for SunTrust Mortgage, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2009 a true and correct copy of the foregoing was served through CM/ECF on the following:

>Christyne K. Brennan, Esquire
>John C. Millian, Esquire
>Brian C. Baldrate, Esquire
>Gibson, Dunn & Crutcher LLP
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5306
>cbrennan@gibsondunn.com
>jmillian@gibsondunn.com
>bbaldrate@gibsondunn.com
>>Counsel for AIG United Guaranty Corporation and United Guaranty Residential Insurance Company of North Carolina
>
>/s/ S. Miles Dumville
>S. Miles Dumville (VSB No. 15748)
>Curtis G. Manchester (VSB No. 32696)
>Travis A. Sabalewski (VSB No. 47368)
>Reed Smith LLP
>Riverfront Plaza - West Tower
>901 East Byrd Street, Suite 1700
>Richmond, VA 23219-4068
>Telephone: (804) 344-3400
>Facsimile: (804) 344-3410
>mdumville@reedsmith.com
>cmanchester@reedsmith.com
>tsabalewski@reedsmith.com
>>Counsel for SunTrust Mortgage, Inc.
>
>R. Mark Keenan
>Joshua Gold
>Mark Garbowski
>Anderson Kill & Olick, P.C.
>1251 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 278-1000
>Facsimile: (212) 278-1733
>mkeenan@andersonkill.com
>jgold@andersonkill.com
>mgarbowski@andersonkill.com
>>Of Counsel for SunTrust Mortgage, Inc.