IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,
    Plaintiff,

v.                              Civil Action No. 3:09cv529

AIG UNITED GUARANTY CORP.
    aka UNITED GUARANTY CORP., et al.,
    Defendants.

**MEMORANDUM ORDER**

For the reasons set forth on the record during the December 29, 2009 conference, it is hereby ORDERED that the Plaintiff's MOTION TO COMPEL (Docket No. 49) is granted. By January 6, 2010, the Defendant shall produce copies of all responsive, non-privileged documents which are to be produced in non-electronic format. The Defendant shall produce all responsive, non-privileged documents which are to be produced in electronic form beginning on January 13, 2010 and production of all electronic documents shall be completed by January 20, 2010.

It is so ORDERED.

                                                   /s/               REP
                                      Senior United States District Judge

Richmond, Virginia
Date: December 29, 2009