IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,
    Plaintiff,

v.                                      Civil Action No. 3:09cv529

AIG UNITED GUARANTY CORP.
    aka UNITED GUARANTY CORP., et al.,
    Defendants.

**MEMORANDUM ORDER**

Having considered Mary Pettitt's MOTION FOR PROTECTIVE ORDER (Docket No. 76), it is hereby ORDERED that the motion is granted in part and denied in part as follows:

(1) the deposition of Ms. Pettitt, set for February 12, 2010, will take place as scheduled;

(2) SunTrust and United Guaranty shall produce to counsel for Ms. Pettitt, by February 11, 2010 at 5:00 PM, all documents about which they intend to ask Ms. Pettitt during the deposition; and

(3) any requested documents that SunTrust asserts are privileged shall be produced to the Court, along with a brief regarding that privilege, by February 16, 2010 for *in camera* review. United Guaranty shall file a response by February 22,

2010 and SunTrust shall reply by February 26, 2010. Counsel for Ms. Pettitt may file any response by February 22, 2010.

It is so ORDERED.

/s/
United States District Judge

Richmond, Virginia
Date: February 11, 2010