UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SUNTRUST MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA, INC., <br><br> Defendant. | Civil Action No. 3:09cv00529-REP |

### SUNTRUST MORTGAGE, INC.'S MOTION *IN LIMINE* TO PRECLUDE UNITED GUARANTY'S INTRODUCTION OF PAROL EVIDENCE FOR PURPOSES OF ALTERING THE MEANING OF THE PARTIES' UNAMBIGUOUS WRITTEN CONTRACTUAL AGREEMENTS

Plaintiff SunTrust Mortgage, Inc. ("SunTrust"), by counsel, pursuant to the Court's Order entered November 19, 2010 (Doc. 297) and Local Rule 7, files this Motion *in Limine* to preclude Defendant United Guaranty Residential Insurance Company of North Carolina, Inc. ("United Guaranty") from introducing or otherwise utilizing at trial evidence of any purported parol agreement contrary to the parties' written contractual agreements. The grounds for this Motion are more fully set forth in SunTrust's Brief in Support of this Motion filed herewith.

SunTrust requests that the Court grant its Motion and enter an order precluding United Guaranty from introducing evidence of or referring to at the trial of this matter any alleged parol agreement between Ms. Gavin and Ms. Pettitt regarding governing underwriting guidelines for purposes of insurance under the parties' insurance contract, including any evidence or reference to the Gavin spreadsheets, or any other purported parol agreement contrary to the parties' written

contractual agreements.  SunTrust further requests that the Court grant to it such other additional relief as the Court may deem appropriate.

Dated: February 11, 2011

Respectfully submitted,

SUNTRUST MORTGAGE, INC.
By Counsel

/s/ S. Miles Dumville
S. Miles Dumville (VSB No. 15748)
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Alison Wickizer Toepp (VSB No. 75564)
Reed Smith LLP
Riverfront Plaza - West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
mdumville@reedsmith.com
cmanchester@reedsmith.com
tsabalewski@reedsmith.com
atoepp@reedsmith.com

Richard D. Holzheimer, Jr. (VSB No. 40803)
Matthew R. Sheldon (VSB No. 41892)
Reed Smith LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, VA 22042
Telephone:  (703) 641-4200
Facsimile:  (703) 641-4340
msheldon@reedsmith.com
rholzheimer@reedsmith.com

Matthew J. Schlesinger, admitted pro hac vice
Elizabeth A. Reidy, admitted pro hac vice
Reed Smith LLP
1301 K. Street, N.W., Suite 1100
East Tower
Washington, D.C. 20005-3317
Telephone:  (202) 414-9200
Facsimile:  (202) 414-9299
mschlesinger@reedsmith.com
ereidy@reedsmith.com

Counsel for SunTrust Mortgage, Inc.

Joshua Gold
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733
jgold@andersonkill.com

Edward Joseph Stein
Anderson, Kill & Olick, P.C.
1055 Washington Boulevard, Suite 510
Stamford, CT 06091
Telephone:  (203) 388-7945
Facsimile:  (203) 388-0750
estein@andersonkill.com

Of Counsel for SunTrust Mortgage, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2011, a true and correct copy of the foregoing was served through CM/ECF, which will then send a notification of such filing to the following:

Wyatt B. Durrette, Jr., Esquire
DurretteBradshaw PLC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219
wdurrette@durrettebradshaw.com

John C. Millian, Esquire
Christyne K. Brennan, Esquire
Brian C. Baldrate, Esquire
Jennifer V. Caughey, Esquire
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
cbrennan@gibsondunn.com
jmillian@gibsondunn.com
bbaldrate@gibsondunn.com
jcaughey@gibsondunn.com

Randy M. Mastro, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
rmastro@gibsondunn.com
cdusseault@gibsondunn.com
wwegner@gibsondunn.com
jzelenay@gibsondunn.com

Christopher D. Dusseault, Esquire
William E. Wegner, Esquire
James L. Zelenay, Jr., Esquire
Gibson, Dunn & Crutcher, LLP
333 S. Grand Avenue
46th Floor
Los Angeles, CA 90071
cdusseault@gibsondunn.com
wwegner@gibsondunn.com
jzelenay@gibsondunn.com
    Counsel for United Guaranty
    Residential Insurance Company of
    North Carolina

William J. Dinkin, Esquire
Stone, Cardwell & Dinkin, PLC
101 Shockoe Slip, Suite K
Richmond, VA 23219
bill.dinkin@gmail.com
    Counsel for Mary Pettitt

Cullen D. Seltzer, Esquire
SeltzerGreene, PLC
707 East Main Street, Suite 1025
Richmond, VA 23219
cseltzer@seltzergreene.com
    Counsel for Mary Pettitt

/s/ S. Miles Dumville
S. Miles Dumville (VSB No. 15748)
Curtis G. Manchester (VSB No. 32696)
Travis A. Sabalewski (VSB No. 47368)
Alison Wickizer Toepp (VSB No. 75564)
Reed Smith LLP
Riverfront Plaza – West Tower
901 East Byrd Street, Suite 1700
Richmond, VA 23219-4068
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3410
mdumville@reedsmith.com
cmanchester@reedsmith.com
tsabalewski@reedsmith.com
atoepp@reedsmith.com