IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,

    Plaintiff,

v.                             Civil Action No. 3:09cv529

AIG UNITED GUARANTY CORP.

    aka UNITED GUARANTY CORP., et al.,
    Defendants.

**ORDER**

Having considered the statements of positions of the parties pursuant to prior order of the Court (Docket No. 389), dated March 25, 2011, and having considered the responses and replies thereto, and for the reasons set forth on the record, it is hereby ORDERED that the request of SunTrust to introduce the proffered evidence in SUNTRUST MORTGAGE, INC.'S STATEMENT OF POSITION ON STATEMENTS FROM SETTLEMENT DISCUSSION IN RESPONSE TO ORDER OF THE COURT (Docket No. 413) respecting settlement negotiations of the parties is denied.

It is further ORDERED that the request of SunTrust to introduce evidence of the involvement of United Guaranty's parent corporation, American International Group, Inc., as

proffered in SUNTRUST MORTGAGE, INC.'S STATEMENT OF POSITION ON REFERENCES TO AMERICAN INTERNATIONAL GROUP, INC. (Docket No. 414), is denied.

It is so ORDERED.

                                              /s/            REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: April 18, 2011