IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,
    Plaintiff,

v.                                      Civil Action No. 3:09cv529

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF NORTH
CAROLINA,
    Defendant.

ORDER

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that judgment is entered on behalf of ST on Count IV of DEFENDANT UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA, INC.'S ANSWER TO PLAINTIFFS' [sic] AMENDED COMPLAINT AND COUNTERCLAIM (Docket No. 47).

It is so ORDERED.

                                            /s/       REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August 18, 2011