IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,
    Plaintiff,
v.                                    Civil Action No. 3:09cv529

UNITED GUARANTY RESIDENTIAL
INSURANCE COMPANY OF NORTH
CAROLINA,
    Defendant.

**FINAL JUDGMENT ORDER**

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that judgment is entered on behalf of the Plaintiff, and against the Defendant, on Count I of the THIRD AMENDED COMPLAINT (Docket No. 121) in the amount of $34,152,634, together with prejudgment interest in the amount of $5,980,628 (reflecting the sum of the stipulated amount of prejudgment interest through July 18, 2011, $5,794,420, and the product of the stipulated per diem prejudgment interest amount of $5,819 and thirty-two (32), the number of days from July 18, 2011, through the date of this Order), for a total amount of $40,133,262 with post-judgment interest thereon at the federal judgment rate of 0.11% per annum from the date of this Order until the judgment is paid.

It is so ORDERED.

                                        /s/        REP
                               Robert E. Payne
                               Senior United States District Judge

Richmond, Virginia
Date: August 19, 2011