IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUNTRUST MORTGAGE, INC.,

    Plaintiff,

v.                                Civil Action No. 3:09cv529

UNITED GUARANTY RESIDENTIAL
CORPORATION OF NORTH CAROLINA,

    Defendant.

## JUDGMENT ORDER

This matter is before the Court on DEFENDANT UNITED GUARANTY'S REQUEST FOR ENTRY OF FINAL JUDGMENT ON COUNTERCLAIM COUNT IV (Docket No. 617) and SUNTRUST'S MOTION FOR ENTRY OF JUDGMENT, OR IN THE ALTERNATIVE SUMMARY JUDGMENT, ON COUNT IV OF UNITED GUARANTY'S COUNTERCLAIM (Docket Nos. 627 and 628) following an appeal to the United States Court of Appeals for the Fourth Circuit. For the reasons set forth in the accompanying Memorandum Opinion, DEFENDANT UNITED GUARANTY'S REQUEST FOR ENTRY OF FINAL JUDGMENT ON COUNTERCLAIM COUNT IV (Docket No. 617) is denied, and SUNTRUST'S MOTION FOR ENTRY OF JUDGMENT, OR IN THE ALTERNATIVE SUMMARY JUDGMENT, ON COUNT IV OF UNITED GUARANTY'S COUNTERCLAIM (Docket Nos. 627 and 628) is granted.

JUDGMENT is hereby entered in favor of Suntrust Mortgage,

Inc. and against United Guaranty Residential Corporation of North Carolina on Count IV of United Guaranty Residential Corporation of North Carolina's Counterclaim.

It is so ORDERED.

                                                 /s/       REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 13, 2014